**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| OSCAR AGUILAR, | |
| Petitioner, | CIVIL ACTION NO. 3:12-CV-0078 |
| v. | (JUDGE CAPUTO) |
| FRANK STRADA, | (MAGISTRATE JUDGE CARLSON) |
| Respondent. | |

## ORDER

**NOW**, this ___30th___ day of April, 2012, after consideration of Magistrate Judge Carlson's Report and Recommendation, as well as Mr. Aguilar's Objections, **IT IS HEREBY ORDERED THAT**:

(1) The Report and Recommendation (Doc. 11) is **REJECTED.**

(2) Mr. Aguilar's Petition is to be **TRANSFERRED** to the Honorable Florence Marie Cooper of the United States District Court for the Central District of California.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge